UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, <br><br> *Plaintiff*, <br><br> v. <br><br> CINDY MORADO, VICENTE THOMAS MORADO, VICENTE V. MORADO JR., FERNANDO GRANADOS, BIANCA GRANADOS, AND THE UNKNOWN HEIRS AT LAW OF VICENTE MORADO (A/K/A VINCENTE V. MORADO), DECEASED, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CIVIL No. 6:18-CV-00305 |

### ORDER GRANTING PLAINTIFF'S VOLUNTARY MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)

On this day, the Court considered the Voluntary Motion to Dismiss filed by Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-1 Mortgage Pass-Through Certificates, Series 2005-1 ("Plaintiff"). The Court finds the motion well founded and that no Defendant has pleaded a counterclaim against Plaintiff and will not be substantially prejudiced by a dismissal, and hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

SIGNED on this 5th day of February 2021

                                            ALAN D ALBRIGHT
                                            UNITED STATES DISTRICT JUDGE